June 26, 2009

Mr. Frank W. Mitchell
Frank W. Mitchell & Associates LLP.
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019

Mr. Troy Ford
Beck Redden & Secrest LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Mr. Jeffrey C. Kubin
Gibbs & Bruns, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002

RE: Case Number: 08-0990
 Court of Appeals Number: 01-06-00719-CV
 Trial Court Number: 98-03885-A

Style: ANTHONY AUTHORLEE, DEXTER BURNETT, ROBERT DEROUSSELLE, JOHN
 HENRY YOUNG, JEROME STUBBLEFIELD AND FLOYD MORAN
 v.
 TUBOSCOPE VETCO INTERNATIONAL, INC., AMF INCORPORATED AND MINSTAR,
 INC.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Theresa Chang |
| |Ms. M. Karinne |
| |McCullough |